UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-61142-BLOOM/Valle

MAYIM BIALIK,

    Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
OR UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A.,

    Defendants.
_____/

**FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Entry of Final Default Judgment Against Defendants, ECF No. [31] ("Motion"), filed on November 28, 2022. For the reasons set forth in the Court's Order on the Motion, **FINAL JUDGMENT** is entered, pursuant to Federal Rule of Civil Procedure 58, in favor of Plaintiff, Dr. Mayim Bialik ("Plaintiff" or "Bialik"), and against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants") on all Counts of the Amended Complaint as follows:

    **(1)**     <u>**Permanent Injunctive Relief:**</u> Defendants and their officers, directors, employees, agents, subsidiaries, distributors, and all persons acting in concert and participation with Defendants are hereby permanently restrained and enjoined from:

        a.     using, imitating and/or copying Mayim Bialik's name, likeness, and/or persona (Plaintiff's "Name and Likeness") in connection with the promotion, marketing, advertising, selling or offering to sell the

       unauthorized cannabidiol products (the "Unauthorized CBD Products") bearing Bialik's name, image, likeness, and/or persona;

b.     making unauthorized use of Bialik's Name and Likeness, in connection with the sale of any unauthorized goods;

c.     using any image or likeness that may be calculated to falsely advertise the Unauthorized CBD Products as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

d.     falsely representing themselves as being connected with Plaintiff, through sponsorship or association, or engaging in any act that is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants, are in any way endorsed by, approved by, and/or associated with Plaintiff;

e.     affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Defendants' goods as being those of Plaintiff, or in any way endorsed by Plaintiff;

f.     offering such goods in commerce;

g.     engaging in search engine optimization strategies using colorable imitations of Plaintiff's name;

h.     otherwise unfairly competing with Plaintiff;

i.     using Plaintiff's Name and Likeness on or in connection with all Internet based advertisements and sponsor identities, affiliate identity codes, and

          email addresses owned and operated, or controlled by them, including the Advertisement/Sponsor IDs and Affiliate IDs;

    j.    using Plaintiff's name, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Internet based advertisements and social media accounts registered, owned, or operated by any Defendant, including the Advertisement/Sponsor IDs and Affiliate IDs; and

    k.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2)    **<u>Additional Equitable Relief</u>:** To give practical effect to the Permanent Injunction:

    a.    Pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and the Court's inherent authority, the Defendants and all third parties with actual notice of Order are enjoined from participating in, including providing financial services, hosting services, technical services, affiliate program services, or other support to, Defendants in connection with the promotion, advertising and marketing, using, without authorization, Plaintiff's Name and Likeness;

    b.    Plaintiff may, based upon Defendants' unlawful activities, request the Internet search engines, social media platforms, or advertising platforms which are provided with notice of the injunction, disable, de-index or delist

        the specific URLs, including at least the specific URLs identified on Schedule "B" hereto, being used and/or controlled by Defendants through which Defendants engage in the promotion, advertising, and marketing campaigns making unauthorized use of Plaintiff's Name and Likeness, and upon Plaintiff's request, any other URLs making unauthorized use of Plaintiff's Name and Likeness associated with or linked to the same Defendants or linked to any other alias Internet based advertisement and sponsor identities, affiliate identity codes, and email addresses being used and/or controlled by Defendants to advertise, market, promote, distribute, offer for sale and/or sell goods making unauthorized use of Plaintiff's Name and Likeness;

c.    Pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and this Court's inherent authority that Defendants, their agents or assigns, request in writing permanent termination of any messaging services, Advertisement/Sponsor IDs, usernames, and social media accounts they own, operate, or control on any messaging service and social media platform used by Defendants to engage in their unauthorized use of Plaintiff's Name and Likeness in connection with the promotion, advertising and marketing, and offers to sell the Unauthorized CBD Products so they may no longer be used for unlawful purposes;

d.    Pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and this Court's inherent authority that upon Plaintiff's request, the applicable governing website operators and/or administrators for the Advertisement/Sponsor IDs

      who are provided with notice of an injunction issued by this Court disable and/or cease facilitating access to the Advertisement/Sponsor IDs and any other alias advertisement/sponsor identification names being used and/or controlled by Defendants to engage in the business of making unauthorized use of Plaintiff's Name and Likeness in connection with marketing, offering to sell, and/or selling goods, including, the Unauthorized CBD Products;

e.   Plaintiff may serve this injunction on any e-mail service provider with a request that the service provider permanently suspend the e-mail addresses identified on Schedule "C" hereto, which are used by Defendants in connection with Defendants' advertisement, promotion, offering for sale, and/or sale of goods making unauthorized use of Plaintiff's Name and Likeness;

f.   Pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and this Court's inherent authority that upon Plaintiff's request, the applicable governing website operators and/or administrators for the Affiliate IDs who are provided with notice of an injunction issued by this Court disable and/or cease facilitating access to or receiving online consumer traffic from the Affiliate IDs, and Advertisement and Sponsor IDs, and any other affiliate identification numbers being used and/or controlled by Defendants to engage in the promotion, advertising, and marketing campaigns making unauthorized use of Plaintiff's Name and Likeness; and

g.   Defendants, their agents or assigns, shall instruct in writing all Internet marketplace website operators and/or administrators to cease accepting

online traffic received from Defendants originating from advertisements which make unauthorized use of Plaintiff's Name and Likeness, including but not limited to smilzcbdgummies.org, greenhouse-gummies.com, healthwellnesslivestore.com, naturalcbdforme.com, and geteaglehemp.com, and if within five (5) days of receipt of this Order Defendants fail to make such a request, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court pursuant to Federal Rule of Civil Procedure 70(a).

(3) **Damages pursuant to 15 U.S.C. § 1117(a):** Plaintiff is entitled to the enhanced value of Defendants' profits pursuant to 15 U.S.C. § 1117(a) in the amount of $306,725.37 which shall be recoverably jointly and severally as to the Defendants on Schedule "A" hereto.

    a. Pursuant to 15 U.S.C. § 1116, 28 U.S.C. § 1651(a), The All Writs Act, Federal Rule of Civil Procedure 65, and the Court's inherent authority that, upon the Plaintiff's request, Defendants and any financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, and their related companies and affiliates, identify, restrain, and surrender to Plaintiff all funds, up to and including the total amount of judgment, in all financial accounts and/or sub-accounts used in connection with the Affiliate IDs, and Advertisement and Sponsor IDs, including all related accounts of the same customer(s) and any other accounts which transfer funds into the same financial institution account(s) used by Defendants presently or

in the future, and remain restrained until such funds are surrendered to Plaintiff in partial satisfaction of the monetary judgement herein.

(4)     **Attorneys' Fees:** Plaintiff is entitled to Attorneys' Fees subject to the filing of the appropriate verified motion filed in accordance with the requirements of Federal Rule of Civil Procedure 54 and Local Rule 7.3.

(5)     The Court retains jurisdiction to enforce this Final Default Judgment and Permanent Injunction and to entertain a Motion for Attorneys' Fees.

(6)     The Clerk shall **ADMINISTRATIVELY CLOSE** the case.

(7)     Interest from the date this action was filed shall accrue at the legal rate pursuant to 28 U.S.C. § 1961.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 29, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record

Case No. 22-cv-61142-BLOOM/Valle

# SCHEDULE "A"
## DEFENDANTS BY NUMBER, AFFILIATE ID, NAME, ADVERTISEMENT ID, AND SPONSOR ID

| Def. No. | Defendant / Affiliate ID / Name | Defendant / Advertisement/ Sponsor ID |
|---|---|---|
| 1 | affId=7B6F5B88&c1=3&c2=5671-11999&c3=187178 *aka* Jagdeep Kumar | |
| 1 | affId=7B6F5B88&c1=3&c2=5671-11999&c3=204463 *aka* Jagdeep Kumar | Mayim Bialik CBD Gummies |
| 1 | | Mayim Bialik CBD Gummies Where To Buy |
| 1 | affId=7B6F5B88&c1=3&c2=5671-11999&c3=218387 *aka* Jagdeep Kumar | Mayim Bialik CBD Gummies Fox News Experiences & Reviews |
| 1 | | Mayim Bialik CBD Gummies Official Website |
| 1 | affId=7B6F5B88&c1=3&c2=5671-11999&c3=222479 | Mayim Bialik CBD Gummies |
| 1 | | Mayim Bialik Cbd Gummies |
| 1 | | Mayim Bialik Cbd |
| 1 | | Mayim Bialik Cbd |
| 2 | affId=7B6F5B88&c1=3&c2=5671-8090&c3=204241 *aka* Digital Ocean Reviews *aka* Amandeep Kaur *aka* Awais Afzal | Mayim Bialik CBD Gummies |
| 2 | Digital Ocean Reviews *aka* Awais Afzal | |

8

| | | |
|---|---|---|
| 2 | Digital Ocean Reviews<br>*aka*<br>Awais Afzal | Mayim Bialik Cbd Gummies |
| 2 | affId=D77EA469&c1=6969&c2=&c3=477602544<br>*aka*<br>Amandeep Kaur | |
| 2 | affId=D77EA469&c1=6969&c2=&c3=482155921<br>*aka*<br>Amandeep Kaur | Smilz CBD Gummies Mayim Bialik |
| 2 | affId=D77EA469&c1=6969&c2=&c3=483390875<br>*aka*<br>Amandeep Kaur | |
| 2 | affId=D77EA469&c1=7051&c2=&c3=482155921<br>*aka*<br>affId=2034&c1=7051&c2=ef<br>*aka*<br>Jatinder Kaur | Mayim bialik cbd snopes |
| 2 | affId=D77EA469&c1=7051&c2=&c3=482284513<br>*aka*<br>Jatinder Kaur | Mayim Bialik CBD Gummies |
| 2 | affId=2034&c1=5805&c2=ef | Mayim Bialik CBD Oil |
| 2 | affId=2034&c1=7051&c2=ef | Mayim Bialik CBD Gummies |
| 2 | affId=2034&c1=7051&c2=ef | Mayim Bialik CBD Gummies |
| 2 | affId=EBB20437&c1=40 | Mayim bialik cbd Gummies |
| 2 | affId=D77EA469&c1=7051&c2=&c3=493962953 | Mayim Bialik CBD Gummies |
| 2 | affId=D77EA469&c1=7051&c2=&c3=497845884 | Mayim Bialik CBD Gummies |
| 2 | affId=2034&c1=7051&c2=ef | Mayim Bialik cbd gummies |
| 2 | affId=2034&c1=7051&c2=ef | mayimbialikcbdgummies |
| 2 | affId=2034&c1=5805&c2=ef | mayimbialikcbdoil |

| 2 | affId=EBB20437&c1=40 | Mayim bialik CBD Gummies Reviews US |
|---|---|---|
| 2 | affid=5707&campid=4235&screid=4287&subid=&subid2=&subid3=rosnksm<br>*aka*<br>Neeresh Kumar<br>*aka*<br>Mind & Machine Technology | Kushly CBD Mayim Bialik Gummies |
| 2 | | Mayim Bialik CBD Gummies: Mayim Bialik News CBD Gummies, Fox News Also |
| 3 | affId=7B6F5B88&c1=3&c2=5671-11981&c3=204241 | Clinical CBD Gummies Mayim Bialik |
| | | Mayim Bialik CBD Gummies |
| | | Mayim Bialik CBD |
| 3 | affId=7B6F5B88&c1=3&c2=5671-11043&c3=218387 | Mayim Bialik Cbd Gummies |
| 4 | affId=D896782B&c1=[c1]&c2=[c2]&c3=5jw7videdi70 | Mayim Bialik CBD Gummies |
| 5 | | Mayim Bialik Smilz |
| 5 | AFFID=clickbooth&C1=4923702&C2=5681-14118&C3=63071352 | Mayim Bialik Smilz Reviews |
| 6 | affid=7985&campid=5507&screid=5492&subid=JANVI<br>*aka*<br>Kanchan Singh | Mayim Bialik CBD Gummies |

| 6 | affId=6F71F30B&c1=5860-7985&c3=63061758 | Mayim Bialik CBD Gummie Reviews |
|---|---|---|
| 7 |  | Mayim Bialik CBD Oil US |
| 8 | affId=D77EA469&c1=3941&c2=&c3=477602544<br>*aka*<br>Sharik |  |
| 9 | affId=D77EA469&c1=7424&c2=&c3=482155921<br>*aka*<br>BHANU PRAKASH SINGH | Mayim Bialik CBD Gummies |
| 9 | affId=D77EA469&c1=7424&c2=&c3=482155921<br>*aka*<br>BHANU PRAKASH SINGH | Mayim Bialik Smilz Gummies |
| 9 | affId=D77EA469&c1=7424&c2=&c3=493962953 | Mayim Bialik CBD Oil |
| 10 | affid=67&subid=10270&ClickID=a7c1849fad6f43a0beab7d53d3e9cbce&AffClickID=477569845&subid1=&subid2=&subid3=&subid4=DJ<br><br>*aka*<br><br>affId=D77EA469&c1=10270&c2=&c3=490462098<br><br>*aka*<br>AR Web Creation |  |
| 10 | affid=67&subid=10270&ClickID=4ca032a5bd1b48f98c6d3e1ee0f1548f&AffClickID=478039736&subid1=&subid2=&subid3=&subid4= |  |

11

| | | |
|---|---|---|
| 11 | affId=5E4B89FA&c1=19552&c2=&c3=68fd36da0bd541498041fdc76c82e99e<br>*aka*<br>Hamza Ali<br>*aka*<br>Muhammed Awais | |
| 12 | | Mayim Bialik CBD Gummies |
| 12 | | Mayim Bialik CBD Gummies USA |
| 13 | affId=7B6F5B88&c1=3&c2=5671-12068&c3=222531 | Mayim Bialik CBD gummies |
| 13 | affId=7B6F5B88&c1=3&c2=5671-12068&c3=218314 | Mayim Bialik CBD gummies amazon |
| 17 | | Mayim Bialik CBD Oil |
| 19 | | Mayim Bialik CBD Gummies |

Case No. 22-cv-61142-BLOOM/Valle

# SCHEDULE "B"
## DEFENDANTS' PRESENTLY KNOWN URLs ASSOCIATED WITH THE ADVERTISMENT AND SPONSOR IDs

| |
|---|
| https://mayim-bialik-cbd-gummies-10.jimdosite.com/ |
| https://www.provenexpert.com/en-us/mayim-bialik-cbd-gummies-fox-news2/ |
| https://healthcarefort.blogspot.com/2022/03/mayim-bialik-cbd-gummies-official.html |
| https://www.sfweekly.com/sponsored/mayim-bialik-cbd-gummies-reviews-beware-read-this-breakthrough-formula-scam/ |
| https://mayim-bialik-cbd-gummies-us.jimdosite.com/ |
| https://www.sfweekly.com/sponsored/is-smilz-cbd-gummies-mayim-bialik-scam-reviews-antonio-brown-shark-tank-side-effects-are-it-works-or-trusted/ |
| https://www.clevescene.com/sponsored/mayim-bialik-cbd-gummies-reviews-read-before-you-buy-38561250 |
| http://fitnessproductcenter.com/mayim-bialik-cbd-gummies/ |
| https://www.provenexpert.com/en-us/mayim-bialik-cbd-gummies-fox-news2/ |
| https://healthcarefort.blogspot.com/2022/03/mayim-bialik-cbd-gummies-official.html |
| https://www.sfweekly.com/sponsored/mayim-bialik-cbd-gummies-reviews-beware-read-this-breakthrough-formula-scam/ |
| https://mayim-bialik-cbd-gummies-us.jimdosite.com/ |
| https://www.sfweekly.com/sponsored/is-smilz-cbd-gummies-mayim-bialik-scam-reviews-antonio-brown-shark-tank-side-effects-are-it-works-or-trusted/ |
| https://www.clevescene.com/sponsored/mayim-bialik-cbd-gummies-reviews-read-before-you-buy-38561250 |
| http://fitnessproductcenter.com/mayim-bialik-cbd-gummies/ |
| https://supplements4fitness.com/mayim-bialik-cbd-gummies/ |
| https://mayim-bialik-cbd-gummiez.clubeo.com/news/2022/03/03/mayim-bialik-cbd-updated-2022-side-effects-and-complaint-list |
| https://www.sfweekly.com/sponsored/mayim-bialik-cbd-gummies-scam-alert-does-it-work/?fbclid=IwAR3an-8-rEYO7LvzOAHHdGShYoLpVaQIiaUYtvWGmRYEpc0alYODMn04EUo |
| https://www.sfweekly.com/sponsored/mayim-bialik-cbd-gummies-shocking-scam-report-reveals-must-read-before-buying/ |
| https://trippleresult.com/MayimCBDGummies/ |
| https://top10cbdoilstore.com/mayim-bialik-cbd-gummies-buy/ |
| https://smilz-cbd-gummies-mayim-bialik-buy.jimdosite.com/ |
| https://supplement24hours.com/mayim-bialik-cbd-gummies-reviews-buy/ |
| https://supplement24hours.com/mayim-bialik-cbd-gummies-reviews/ |
| https://topcbdoilmart.com/mayim-bialik-cbd-oil/ |
| https://supplement24hours.com/mayim-bialik-cbd-gummies-reviews-buy |
| https://mayimbialikcbdgummiesbuy.clubeo.com/news/2022/02/24/mayim-bialik-cbd-gummies-reviews-shark-tank-benefits-does-it-re |
| https://supplement24hours.com/mayim-bialik-cbd-gummies- |

13

| |
|---|
| reviews/?fbclid=IwAR2NX6DHYcal5OVgGmNfcVvvVeyOe_DNRigQPVuaIrKT3T_Dabnpu… |
| https://supplement24hours.com/mayim-bialik-cbd-gummies-reviews-buy/ |
| https://mayimbialikgummies.clubeo.com/news/2022/03/15/mayim-bialik-cbd-gummies-reviews-shocking-ingredients-where-to- |
| https://sites.google.com/view/mayim-bialik-cbd-official |
| https://sites.google.com/view/mayimbialikcbdgummies/ |
| https://sites.google.com/view/mayimbialikcbdgummies/home |
| https://supplement24hours.com/mayim-bialik-cbd-gummies-reviews-buy/ |
| https://supplement24hours.com/mayim-bialik-cbd-gummies/ |
| https://topcbdoilmart.com/mayim-bialik-cbd-oil/ |
| https://sites.google.com/view/mayim-bialik-cbd-official |
| https://supplement24hours.com/kushly-cbd-gummies-mayim-bialik/ |
| https://sites.google.com/view/clinicalcbdgummiesmayimbialik/home |
| https://sites.google.com/view/mayim-bialikcbdgummies-reviews/home |
| https://mayim-bialik-cbd-gummies-reviews-usa-2.jimdosite.com |
| https://sites.google.com/view/mayim-bialikcbdgummies-reviews/home |
| https://mayim-bialik-cbd-gummies-reviews-usa-2.jimdosite.com |
| https://bumppy.com/tm/read-blog/53608_mayim-bialik-cbd-gummies-reviews-side-effect-amazon-amp-shark-tank.html |
| https://sites.google.com/view/mayimbialikcbdgummies-reviews/home |
| https://mayim-bialik-cbd-gummies-reviews-usa-2.jimdosite.com |
| https://bumppy.com/tm/read-blog/53608_mayim-bialik-cbd-gummies-reviews-side-effect-amazon-amp-shark-tank.html |
| https://techplanet.today/post/mayim-bialik-cbd-gummies-reviews-latest-scam-official-website-offers |
| https://techplanet.today/post/certified-natures-cbd-gummies-reviews-upgraded-2022-what-are-customers-saying |
| https://sites.google.com/view/cbd-gummies-reviews/home |
| https://sites.google.com/view/younabis-cbd-gummies-new/home |
| https://sites.google.com/view/mayim-bialik-cbd-gummies-usa/ |
| https://sites.google.com/view/mayim-bialik-cbd-gummies-usa/ |
| https://sites.google.com/view/mayim-bialik-cbd-oil-2022/ |
| http://winisp.net/go/Mayim-Bialik-CBD-Gummies |
| https://farmscbdoil.com/mayim-bialik-cbd-gummies/ |
| https://sites.google.com/view/mayim-bialik-cbd-oil-2022/ |
| https://farmscbdoil.com/mayim-bialik-cbd-oil/ |
| http://fitnessproductcenter.com/mayim-bialik-cbd-gummies-buy/ |
| https://supplements4fitness.com/buy-eagle-cbd-gummies |
| https://mayim-bialik-cbd-gummies-reviews-treatment-for-anx-2.jimdosite.com/ |
| https://mayim-bialik-cbd-gummies-reviews-treatment-for-anx-2.jimdosite.com/ |

| |
|---|
| https://cbdnewz24x7.com/mayim-bialik-cbd-gummies-reviews/ |
| https://cbdnewz24x7.com/mayim-bialik-cbd-gummies-reviews/ |
| https://sites.google.com/view/mayim-bialik-cbd-oil-trusted/home |
| https://mayim-bialik-cbd-gummies.clubeo.com/news/2022/02/21/mayim-bialik-cbd-gummies-reviews-customer-expose-the-privacy-po |

Case No. 22-cv-61142-BLOOM/Valle

**SCHEDULE "C"**
**E-MAIL ADDRESSES USED IN CONNECTION WITH THE FALSE**
**ADVERTISEMENTS MAKING UNAUTHORIZED USE OF**
<u>**PLAINTIFF'S NAME AND LIKENESS**</u>

| |
|---|
| mayimbialikcbdgummie@gmail.com |
| mayimBialikCbd@gmail.com |
| mayimbialikgummie@protonmail.com |
| mayimbialiksmilz@gmail.com |
| mayimbialikcbdgummie@outlook.com |
| mayimbialikcbdgummies@gmail.com |
| mayimbialikcbdgummies@gmail.com |